KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702) 853-0700

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>JONATHAN VANDREW<br><br>**Debtor** | CHAPTER 13<br>CASE NO: BKS-10-13596-BAM<br><br>**TRUSTEE'S DIRECTIVE** |

This is an important directive from the Trustee requiring your immediate attention. It must be read CAREFULLY, UNDERSTOOD AND COMPLIED WITH. If you DO NOT UNDERSTAND your obligations hereunder, discuss this matter with your attorney. Please be advised that a copy of this directive will be sent to your attorney. You are required to provide to the Trustee the following:

**NEED COPY OF 2010 TAX RETURN + TURNOVER OF REFUND, IF RECEIVED**

To date the Trustee has not received the requested data. It is necessary that you comply with the Trustee's request 15 days from the file stamped date of this directive. YOUR ACTION WITHIN THE TIME STATED IS IMPERATIVE.

The Bankruptcy Code (11 U.S.C. 521) (3) requires that you cooperate with the Trustee. If you fail to comply with this directive or if you provide incomplete or inaccurate information, the Trustee will be required to petition the Court to have your case dismissed and/or to impose sanctions (costs) against you.

ALL CORRESPONDENCE MUST BE MAILED TO:  201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101

Dated: 9/14/2011

/s/ Kathleen A. Leavitt

Kathleen A. Leavitt
Chapter 13 Trustee